# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2016

## NO. 03-16-00074-CR

**Cyd Lavan Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence in cause number D-1-DC-14-204544 so that the "Fine" section reads "$2,500.00, to run concurrently with the fine in cause number D-1-DC-14-204545." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2016

## NO.  03-16-00075-CR

Cyd Lavan Alexander, Appellant

v.

The State of Texas, Appellee

## APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal.  However, there was error in the judgment and sentence that requires correction.  Therefore, the Court modifies the trial court's judgment and sentence in cause number D-1-DC-14-204545 so that the "Fine" section reads "$2,500.00, to run concurrently with the fine in cause number D-1-DC-14-204544."  We also modify the judgment in cause number D-1-DC-14-204545 to reflect the correct statutory reference of Texas Health and Safety Code section 481.112(c) for the offense of possession with intent to deliver a controlled substance, methamphetamine.  The judgment, as modified, is affirmed.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.